```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  PHILIP A. FERRARI
    ELLEN V. ENDRIZZI
 3  Assistant United States Attorney
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2744
 5
 6
 7
 8
                IN THE UNITED STATES DISTRICT COURT
 9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12
    UNITED STATES OF AMERICA,     )   Case. No. CR-S-05-290 WBS
13                                )
                  Plaintiff,      )
14                                )   REQUEST THAT MATTER BE
                                  )   CONTINUED AND ORDER
15        v.                      )
                                  )
16  GILBERTO BELTRAN,             )   Date: September 27, 2006
                                  )   Time: 9:00 a.m.
17                Defendant.      )   Hon. William B. Shubb
                                  )
18  _____)
19
20
21       The United States of America and defendant Gilberto Beltran
22  hereby request that the status conference currently scheduled to
23  take place on August 30, 2006, be vacated and reset for September
24  27, 2006.  The reasons for this request are as follows.  Counsel for
25  the defendant is now in possession of all of the discovery in this
26  case, but is still in the process of reviewing that discovery, which
27  consists of over 2,000 documents as well as multiple tapes, computer
28  discs, and telephone transcripts.  In addition, the parties are
    actively pursuing resolution of this matter.  The parties intend to
```

inform the Court on or before September 27 whether the case will resolve by plea or trial.  The parties agree and stipulate that the time from today's date through September 27, 2006, should be excluded under those provisions of the Speedy Trial Act relating to reasonable time to prepare.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

DATED: August 28, 2006        /s/ Philip A. Ferrari for
                              GILBERT ROQUE, ESQ.
                              Attorney for Defendant

DATED: August 28, 2006        McGREGOR W. SCOTT
                              United States Attorney

                         By:  /s/ Philip A. Ferrari
                              PHILIP A. FERRARI
                              Assistant U.S. Attorney

    Therefore, **IT IS HEREBY ORDERED** that:

    1.   The status conference currently set for August 30, 2006, is VACATED;

    2.   A further status conference is set for September 27, 2006, at 9:00 A.M.

    2.   Based upon the above representations and stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from today's date through September 27, 2006.

    IT IS SO ORDERED.

Date:  August 29, 2006

                              _____
                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE